29 So.2d 687

**Wilfred VAN VALKENBURG v. STATE.**

**8 Div. 372.**

Supreme Court of Alabama.

March 6, 1947.

Rehearing Denied April 10, 1947.

John R. Thomas, of Huntsville, for petitioner.

Wm. N. McQueen, Atty. Gen., and Willard W. Livingston, Asst. Atty. Gen., opposed.

FOSTER, Justice.

Petition of Wilfred Van Valkenburg for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Van Valkenburg v. State, 32 Ala.App. 566, 29 So.2d 683.

Writ denied.

GARDNER, C. J., and LAWSON and STAKELY, JJ., concur.